U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant:<br>Jerhonda V. McCray | | Address: City, State and Zip Code):<br>_____, Milwaukee, WI |
|---|---|---|
| Date of Birth:<br>Not supplied due to E-Government Act | Occupation: | |
| Name of Defendant's Attorney:<br>Nancy Joseph | | Address of Defendant's Attorney:<br>Federal Defender's Office<br>517 E. Wisconsin Avenue<br>Milwaukee, WI |
| Name of U.S. Attorney:<br>Carol L. Kraft | | |
| Has warrant been issued?<br>Yes | When?<br>7/19/07 | By Whom?<br>William E. Callahan, Jr.    When? |
| Has warrant been executed?<br>No | When? | Where? |
| Has defendant appeared before a Magistrate?<br>No | When? | Who? |
| Is the defendant in custody?<br>No | Where? | |
| Pretrial Scheduling Conference Necessary? | X YES    ☐ NO | |

| Issue:<br>WARRANT | SUMMONS<br>XX | NOTICE | MISDEMEANOR | FELONY<br>XX |
|---|---|---|---|---|

| Milwaukee Case ☒ | Green Bay Case ☐ |
|---|---|
| Minor Offense | |
| Petty Offense | |
| Arraignment & plea before:    Judge:    Magistrate: | |

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

Charge:    18 U.S.C. § 1343 (wire fraud) Maximum penalties: 20 yrs; $250,000; 5 yrs SR; $100SA

Agency/Agent:    Investigator Jeffery Doss

OCDETF:    No

U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Chianti D. Clay | | Address: City, State and Zip Code): ▓▓▓▓▓▓▓▓▓▓▓▓ Bldg 200 Milwaukee, WI |
|---|---|---|
| Date of Birth: Not supplied due to E-Government Act | Occupation: | |
| Name of Defendant's Attorney: Waring Fincke | | Address of Defendant's Attorney: 1764 Barton Avenue, West Bend, WI |
| Name of U.S. Attorney: Carol L. Kraft | | |
| Has warrant been issued? Yes | When? 7/19/07 | By Whom? William E. Callahan, Jr. When? |
| Has warrant been executed? No | When? | Where? |
| Has defendant appeared before a Magistrate? No | When? | Who? |
| Is the defendant in custody? No | Where? | |
| Pretrial Scheduling Conference Necessary? | X YES | ☐ NO |

| Issue: WARRANT | SUMMONS XX | NOTICE | MISDEMEANOR | FELONY XX |
|---|---|---|---|---|

| Milwaukee Case ☒ | Green Bay Case ☐ |
|---|---|
| Minor Offense | |
| Petty Offense | |
| Arraignment & plea before:  Judge:  Magistrate: | |

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

Charge: 18 U.S.C. § 1341 (mail fraud) Maximum penalties: 20 yrs; $250,000; 5 yrs SR; $100SA; 18 U.S.C. § 1343 and 2 (wire fraud) Maximum penalties: 30 yrs; $1 million; 5 yrs SR; $100SA

Agency/Agent: Investigator Jeffery Doss

OCDETF: No

U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Kevin Slamann | Address: City, State and Zip Code): ~~~~~~~~~~ Drive, Muskego, WI |
|---|---|
| Date of Birth: Not supplied due to E-Government Act | Occupation: |
| Name of Defendant's Attorney: Patrick Schott | Address of Defendant's Attorney: 16655 W. Bluemound Road, Brookfield, WI |
| Name of U.S. Attorney: Carol L. Kraft | |
| Has warrant been issued? Yes | When? 7/19/07 | By Whom? William E. Callahan, Jr. | When? |
| Has warrant been executed? No | When? | Where? | |
| Has defendant appeared before a Magistrate? No | When? | Who? | |
| Is the defendant in custody? No | Where? | | |
| Pretrial Scheduling Conference Necessary? | X YES  ☐ NO | | |

| Issue: WARRANT | SUMMONS XX | NOTICE | MISDEMEANOR | FELONY XX |
|---|---|---|---|---|

Milwaukee Case ☒          Green Bay Case ☐

| Minor Offense |
| Petty Offense |
| Arraignment & plea before:          Judge:          Magistrate: |

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

Charge: 18 U.S.C. § 1343 (wire fraud) Maximum penalties: 20 yrs; $250,000; 5 yrs SR; $100SA

Agency/Agent: Investigator Jeffery Doss

OCDETF: No

8/8/07 @ 10:00

U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Marcus Leonard (#363535-A) | | Address: City, State and Zip Code): Racine Correctional Insititution 2019 Wisconsin Street Sturtevant, WI 53177-1829 | |
|---|---|---|---|
| Date of Birth: Not supplied due to E-Government Act | | Occupation: | |
| Name of Defendant's Attorney: Unknown | | Address of Defendant's Attorney: Unknown | |
| Name of U.S. Attorney: Carol L. Kraft | | | |
| Has warrant been issued? No | When? | By Whom? | When? |
| Has warrant been executed? No | When? | Where? | |
| Has defendant appeared before a Magistrate? No | When? | Who? | |
| Is the defendant in custody? No | Where? | | |
| Pretrial Scheduling Conference Necessary? | X YES | ☐ NO | |

| Issue: WARRANT XX | SUMMONS | NOTICE | MISDEMEANOR | FELONY XX |
|---|---|---|---|---|

| Milwaukee Case ☒ | Green Bay Case ☐ |
|---|---|
| Minor Offense | |
| Petty Offense | |
| Arraignment & plea before: | Judge: Magistrate: |

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

Charge: 18 U.S.C. § 1343 (wire fraud) Maximum penalties: 20 yrs; $250,000; 5 yrs SR; $100SA

Agency/Agent: Investigator Jeffery Doss

OCDETF: No

U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Michael A. Lock (#448983-A) | | Address: City, State and Zip Code): ~~~~~~~~~~ Milwaukee, WI |
|---|---|---|
| Date of Birth: Not supplied due to E-Government Act | Occupation: | |
| Name of Defendant's Attorney: Ronald Cubbie | | Address of Defendant's Attorney: 3333 Mayfair Road, Wauwatosa, WI |
| Name of U.S. Attorney: Carol L. Kraft | | |
| Has warrant been issued? Yes | When? 7/19/07 | By Whom? William E. Callahan, Jr. When? |
| Has warrant been executed? No | When? | Where? |
| Has defendant appeared before a Magistrate? No | When? | Who? |
| Is the defendant in custody? No | Where? | |
| Pretrial Scheduling Conference Necessary? | X YES | ☐ NO |

| Issue: WARRANT XX | SUMMONS | NOTICE | MISDEMEANOR | FELONY XX |
|---|---|---|---|---|

| Milwaukee Case ☒ | Green Bay Case ☐ |
|---|---|
| Minor Offense | |
| Petty Offense | |
| Arraignment & plea before: | Judge: | Magistrate: |

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

## THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

Charge: 18 U.S.C. § 1343 (wire fraud) Maximum penalties: 20 yrs; $250,000; 5 yrs SR; $100SA

Agency/Agent: Investigator Jeffery Doss

OCDETF: No

U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Krista Jeray | Address: City, State and Zip Code): Unknown Shorewood, WI 53211 |
|---|---|
| Date of Birth: Not supplied due to E-Government Act | Occupation: |
| Name of Defendant's Attorney: Unknown | Address of Defendant's Attorney: Unknown |

| Name of U.S. Attorney: Carol L. Kraft | | | |
|---|---|---|---|
| Has warrant been issued? No | When? | By Whom? | When? |
| Has warrant been executed? No | When? | Where? | |
| Has defendant appeared before a Magistrate? No | When? | Who? | |
| Is the defendant in custody? No | Where? | | |

| Pretrial Scheduling Conference Necessary? | X YES | ☐ NO |
|---|---|---|

| Issue: WARRANT | SUMMONS XX | NOTICE | MISDEMEANOR | FELONY XX |
|---|---|---|---|---|

| Milwaukee Case ☒ | Green Bay Case ☐ |
|---|---|
| Minor Offense | |
| Petty Offense | |
| Arraignment & plea before: | Judge: Magistrate: |

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

| Charge: | 18 U.S.C. § 1343 (wire fraud) Maximum penalties: 20 yrs; $250,000; 5 yrs SR; $100SA |
|---|---|
| Agency/Agent: | Investigator Jeffery Doss |
| OCDETF: | No |

U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Lisa Colella f/k/a Lisa Geiger | | Address: City, State and Zip Code): ▇▇▇▇▇▇▇ Milwaukee, WI | |
|---|---|---|---|
| Date of Birth: Not supplied due to E-Government Act | | Occupation: | |
| Name of Defendant's Attorney: Unknown | | Address of Defendant's Attorney: Unknown | |
| Name of U.S. Attorney: Carol L. Kraft | | | |
| Has warrant been issued? No | When? | By Whom? | When? |
| Has warrant been executed? No | When? | Where? | |
| Has defendant appeared before a Magistrate? No | When? | Who? | |
| Is the defendant in custody? No | Where? | | |
| Pretrial Scheduling Conference Necessary?   X YES   ☐ NO | | | |

| Issue: WARRANT | SUMMONS XX | NOTICE | MISDEMEANOR | FELONY XX |
|---|---|---|---|---|

Milwaukee Case ☒     Green Bay Case ☐

| Minor Offense |
|---|
| Petty Offense |
| Arraignment & plea before:     Judge:     Magistrate: |

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

Charge:         18 U.S.C. § 1343 (wire fraud) Maximum penalties: 20 yrs; $250,000; 5 yrs SR; $100SA

Agency/Agent:   Investigator Jeffery Doss

OCDETF:         No

U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Ruben Fields | Address: City, State and Zip Code): ▇▇▇▇▇▇▇▇ Milwaukee, WI |
|---|---|
| Date of Birth: Not supplied due to E-Government Act | Occupation: |
| Name of Defendant's Attorney: Unknown | Address of Defendant's Attorney: Unknown |
| Name of U.S. Attorney: Carol L. Kraft | |

| Has warrant been issued? No | When? | By Whom? | When? |
|---|---|---|---|
| Has warrant been executed? No | When? | Where? | |
| Has defendant appeared before a Magistrate? No | When? | Who? | |
| Is the defendant in custody? No | Where? | | |

| Pretrial Scheduling Conference Necessary? | X YES | ☐ NO |
|---|---|---|

| Issue: WARRANT | SUMMONS XX | NOTICE | MISDEMEANOR | FELONY XX |
|---|---|---|---|---|

| Milwaukee Case ☒ | Green Bay Case ☐ |
|---|---|
| Minor Offense | |
| Petty Offense | |
| Arraignment & plea before: | Judge: Magistrate: |

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

Charge: 18 U.S.C. § 1343 (wire fraud) Maximum penalties: 20 yrs; $250,000; 5 yrs SR; $100SA

Agency/Agent: **Investigator Jeffery Doss**

OCDETF: **No**

U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| | | | | |
|---|---|---|---|---|
| Name of Defendant:<br>Monique Dunlap | | | Address: City, State and Zip Code):<br>████████ Milwaukee, WI | |
| Date of Birth:<br>Not supplied due to E-Government Act | | Occupation: | | |
| Name of Defendant's Attorney:<br>Unknown | | | Address of Defendant's Attorney:<br>Unknown | |
| Name of U.S. Attorney:<br>Carol L. Kraft | | | | |
| Has warrant been issued?<br>No | When? | By Whom? | When? | |
| Has warrant been executed?<br>No | When? | Where? | | |
| Has defendant appeared before a Magistrate?<br>No | When? | Who? | | |
| Is the defendant in custody?<br>No | Where? | | | |
| Pretrial Scheduling Conference Necessary? X YES ☐ NO | | | | |
| Issue:<br>WARRANT | SUMMONS<br>XX | NOTICE | MISDEMEANOR | FELONY<br>XX |
| Milwaukee Case ☒ | | Green Bay Case ☐ | | |
| Minor Offense | | | | |
| Petty Offense | | | | |
| Arraignment & plea before: | | Judge: | Magistrate: | |

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

## THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

Charge: 18 U.S.C. § 1343 (wire fraud) Maximum penalties: 20 yrs; $250,000; 5 yrs SR; $100SA

Agency/Agent: Investigator Jeffery Doss

OCDETF: No

U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Nicole Brown | Address: City, State and Zip Code): ▓▓▓▓▓▓▓, Milwaukee, WI |
|---|---|
| Date of Birth: Not supplied due to E-Government Act | Occupation: |
| Name of Defendant's Attorney: Unknown | Address of Defendant's Attorney: Unknown |
| Name of U.S. Attorney: Carol L. Kraft | |

| Has warrant been issued? No | When? | By Whom? | When? |
|---|---|---|---|
| Has warrant been executed? No | When? | Where? | |
| Has defendant appeared before a Magistrate? No | When? | Who? | |
| Is the defendant in custody? No | Where? | | |

| Pretrial Scheduling Conference Necessary? | X YES | ☐ NO |
|---|---|---|

| Issue: WARRANT | SUMMONS XX | NOTICE | MISDEMEANOR | FELONY XX |
|---|---|---|---|---|

Milwaukee Case ☒      Green Bay Case ☐

| Minor Offense |
|---|
| Petty Offense |
| Arraignment & plea before:        Judge:        Magistrate: |

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

Charge: 18 U.S.C. § 1343 (wire fraud) Maximum penalties: 20 yrs; $250,000; 5 yrs SR; $100SA

Agency/Agent: Investigator Jeffery Doss

OCDETF: No