

**Michael J. Steinle**

June 9, 2009

Honorable J.P. Stadtmueller
United States District Judge
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re:  United States v. Ruben Fields
     Case No.: 07-CR-204

Dear Judge Stadtmueller,

I am respectfully requesting that Ruben Fields be allowed to travel to Covington, Louisiana with his family from July 7, 2009 through July 17, 2009 to visit his grandmother. Mr. Fields and his family will be traveling by automobile and will be staying with his grandmother, Audrey Baham, while in Louisiana.

Mr. Fields is presently out of custody on bail and has been compliant of all conditions of bail in this matter since his arrest.

In addition, I have spoken with Assistant United States Attorney Carol Kraft who has indicated she has no objection to travel for the Defendant.

If you have any questions, please feel free to contact me.


Sincerely,


/s/ Michael J. Steinle
MICHAEL J. STEINLE
Attorney at Law

MJS: plm